IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLIE GLAZIER, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-240-RAH (WO) |
| THE CENTERS FOR DISEASE CONTROL AND PREVENTION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 27, 2025, Plaintiff Billie Glazier filed a complaint and declaration against the Centers for Disease Control, the National Institute of Health, the Joint Commission, Health Care Facilities, and John and Jane Does 1 to Infinity. (Doc. 1.) She also filed an *Emergency Motion for Immediate Relief and Rescue of Americans Suffering from Parasitic, Mold-Related, and Fungal Illnesses*, seeking court intervention to address the systemic denial of care that has led to declining health, financial hardship, and loss of trust in the United States healthcare system. (Doc. 3.) Specifically, Glazier requests an immediate investigation of leaders, rescue and treatment, financial support, and closure of records, as well an audience with the White House. The Plaintiff is proceeding *pro se*.

To the extent that the *Emergency Motion for Immediate Relief and Rescue of Americans Suffering from Parasitic, Mold-Related, and Fungal Illnesses* (Doc. 3) may be construed as a motion for temporary restraining order, the Motion will be denied.

Under Rule 65 of the Federal Rules of Civil Procedure, a temporary restraining order may issue without notice to the nonmoving party only if (a) specific facts in an affidavit or verified complaint show that the moving party will suffer immediate and irreparable injury before the adverse party can be heard, and (b) the moving party certifies in writing the efforts he has made to notify the nonmoving party and the reasons notice should not be required. Fed. R. Civ. P. 65(b)(1). The Motion fails scrutiny under Rule 65(b)(1)(B) because Plaintiff has not submitted the required certification.

Accordingly, it is

ORDERED that the *Emergency Motion for Immediate Relief and Rescue of Americans Suffering from Parasitic, Mold-Related, and Fungal Illnesses* (Doc. 3) is DENIED.

It is further

ORDERED that the above-styled action is REFERRED to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE, on this the 31st day of March 2025.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE